# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANDREW SMITH and LISA SMITH,** | ) | |
| | ) | **8:03CV277** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CONAIR CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's letter request to change the starting time of the settlement conference scheduled for March 7, 2006[1] at 9:00 a.m. to 9:30 a.m. The request is granted and the settlement conference is scheduled for March 7, 2006 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED this 4th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] The order setting the settlement conference (Filing No. 64) contained a typographical error and set the conference for March 7, 2005. The correct date is March 7, 2006. The court apologizes for any confusion this may have caused the parties.