# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANDREW SMITH and LISA SMITH,** ) | |
| ) | **8:03CV277** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **CONAIR CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

A settlement conference with the undersigned magistrate judge and the parties convened on March 7, 2006. The parties arrived at a settlement.

**IT IS ORDERED:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case and provide a copy to the undersigned magistrate judge **on or before March 23, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NELR 68.1;

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 7th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge