IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Andrew Smith and Lisa Smith, Husband and Wife,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Conair Corporation,<br><br>　　　　　　　　　　　　Defendant. | 8:03CV277<br><br>Order for Dismissal<br>With Prejudice |

　　　　Based on the Joint Stipulation entered into by the parties and filed with the Court on March 22, 2006, (ECF Document No. 70), and upon all of the files, records, and proceedings herein, the Court orders as follows:

　　　　That pursuant to the agreement of the parties, Case No. 8:03CV277 is dismissed in its entirety, with prejudice.

　　　　DATED this 22nd day of March, 2006.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　　　　　United States District Judge